# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-03457-JLK

WILDEARTH GUARDIANS,

      Plaintiff,

v.

GINA MCCARTHY, in her official capacity as Administrator of the Environmental Protection Agency,

      Defendant.
_____

## SECOND ORDER REGARDING PROPOSED CONSENT DECREE
_____

Kane, J.

      I will not give judicial imprimatur to a consent decree that binds a public agency without first ascertaining whether that consent decree is fair, reasonable and in the public interest. *See SEC v. Citigroup Global Mkts., Inc.*, 752 F.3d 285, 287 (2d Cir.2014). Where parties submit a proposed consent decree that eschews any admission of fact or law and have not otherwise made any facts available, I am not able to make that determination. The parties are ordered to explain, by or on September 3, 2014, why their Proposed Consent decree meets the criteria set forth above.

DATED:    August 20, 2014      BY THE COURT:

                                            ***s/John L. Kane***
                                            John L. Kane, U.S. Senior District Judge