# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 1:13-cv-03457-JLK

WILDEARTH GUARDIANS,
        Plaintiff,

v.

GINA MCCARTHY, in her official capacity as Administrator of the Environmental Protection Agency,
        Defendant.
_____

**ORDER**
_____

Kane, J.

      This matter is currently before me on the parties' Status Report and Joint Motion to Terminate the Consent Decree and Dismiss the Case (Doc. 20). Having reviewed the parties' filing, and the requirements of the Consent Decree (Doc. 17), I find that the parties have fully complied with the terms of the Consent Decree. Accordingly, it is hereby ordered that the Consent Decree is TERMINATED and this case is DISMISSED with prejudice.

      DATED: February 23, 2015        BY THE COURT:

                                                          s/John L. Kane
                                                          Senior U.S. District Court Judge